■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENISE HARRINGTON, Appellant. [975 NYS2d 345]—Judgment, Supreme Court, New York County (Jill Konviser, J.), rendered March 29, 2012, convicting defendant, after a jury trial, of assault in the second degree (two counts) and criminal possession of a weapon in the third degree, and sentencing her, as a second violent felony offender, to an aggregate term of six years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348- 349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence supports the conclusion that the victim's arm wound caused "more than slight or trivial pain" (*People v Chiddick*, 8 NY3d 445, 447 [2007]), thus satisfying the physical injury element. Concur—Mazzarelli, J.P., Saxe, Moskowitz, DeGrasse and Gische, JJ.